UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 19-6789-MWF(RAOx)**                                                    Dated: **March 22, 2022**

Title:            Amina Hawa -*v*- County of Los Angeles, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

    In light of the Notice of Settlement [21] filed March 16, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for May 23, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                        Initials of Deputy Clerk __rs__
CIVIL - GEN